**Stanley L. Cohen & Associates, LLC**
ATTORNEY AT LAW

119 AVENUE D
FIFTH FLOOR
NEW YORK, N.Y.  10009
(212) 979-7572
Fax: (212) 995-5574
stanleycohenlaw@verizon.net

Hon. Edward R. Korman, Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

BY ECF

RE:  **U.S. v. Dr. Hassan Faraj**, 04-735 (ERK)

7 August 2006

Dear Judge:

When last I wrote, I requested that the Faraj matter be continued to provide the Government and Dr. Faraj the necessary time to conclude this matter.  As I noted, Dr. Faraj purchased a ticket to return to Syria several weeks ago with a flight date of 5 August.  It was our expectation that within the last month or so, the final agreement with the Government would have been signed, Dr. Faraj would have by now relinquished his U.S. citizenship, the case against him would have been dismissed, and he would have by now returned to Syria as a Syrian citizen.

Given the explosive situation in the Middle East, along with the influx of almost one half-million Lebanese refugees to Syria, and difficulties with travel to that country, Dr. Faraj has exchanged his tickets to return to Syria until the second week of Syria.  It is our hope that the region will be sufficiently settled, particularly Syria, to allow for Dr. Faraj's repatriation to a land where he has not been for many years.  Over the last several weeks, I have conveyed our request to the Government that Dr. Faraj's return be delayed by three or four weeks, and this request met with no objection.

Thank you,


/s/_____
    Stanley L. Cohen, Esq.
    Counsel for Dr. Hassan Faraj

SLC/ps