```
KC:JB
F.#2003R01711
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | O R D E R |
| - against - | Cr. No.  04-735 (ERK) |
| HASSAN FARAJ, | |
| Defendant. | |

- - - - - - - - - - - - - - - - -X

       IT IS HEREBY ORDERED, that the indictment in this matter is dismissed.

Dated:     Brooklyn, New York
           February __, 2007

 

_____
HONORABLE EDWARD R. KORMAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK